# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MEGHAN RAINA WILLIAMS

VERSUS

LOUISIANA COMMITTEE ON BAR ADMISSIONS

CIVIL ACTION

22-1006-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson dated May 12, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS** ORDERED that COBA's *Motion to Dismiss*,[3] or in the alternative, Motion to Transfer Venue is GRANTED, but only to the extent COBA's seeks a transfer of venue to the Eastern District of Louisiana. The Court did not consider Defendant's alternative request for relief a Rule 12(b)(6) dismissal of Plaintiffs Title VII and FCRA claims for failure to state a claim and makes no findings or recommendations beyond the transfer of venue.

**IT IS FURTHER ORDERED** that this case is transferred in its entirety to the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1404(a). All pending Motions (R. Doc. 4) (COBA's Motion to Dismiss -- alternative request for dismissal still pending); (R. Doc. 8) (Plaintiff's Motion for Status

---

[1] Rec. Doc. 4.
[2] Rec. Doc. 30.
[3] Rec. Doc. 4.

Conference); (R. Doc. 9) (Plaintiff's Motion to Disqualify Opposing Counsel); (R. Doc. 10) (COBA's ex parte Motion to Substitute Counsel); (R. Doc. 12) (Plaintiff's Motion to Unseal Records), shall be transferred to the Eastern District of Louisiana.

Signed in Baton Rouge, Louisiana, on this 20 day of June, 2023.

*[signature]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA